1  Timothy J. Murphy (SBN 54200)
   Jennifer K. Achtert (SBN 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, California 94111-3712
   Telephone: (415) 490-9000
4  Facsimile: (415) 490-9001

5  Attorneys for Defendant
   AVAYA INC.
6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | GREGORY MCKENNA, | Case No.: CV 09 5706 PVT |
|----|------------------|--------------------------|
| 13 | Plaintiff, | **DEFENDANT AVAYA INC.'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF GREGORY MCKENNA IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 14 | vs. | |
| 15 | AVAYA, INC., | |
| 16 | Defendant. | Date: February 23, 2010<br>Time: 10:00 a.m.<br>Courtroom 5, 4th Floor<br>Hon. Patricia V. Trumbull |
| 17 | | |
| 18 | | Complaint Filed: September 24, 2009 |
| 19 | | |
| 20 | | |

21     Defendant Avaya Inc. ("Avaya") objects to the following evidence provided by Plaintiff
22  Gregory McKenna in support of his motion for partial summary judgment.
23  **A. Objections to Declaration of Gregory McKenna**
24

| **Material Objected To:** | **Grounds for Objection:** |
|---------------------------|----------------------------|
| 1. Declaration of Gregory McKenna ("McKenna Dec."), in its entirety. | Lacks showing that declarant has personal knowledge and is competent to testify on the matters stated. (F.R.E. 602; F.R.C.P. 56(e)(1).) |

28

| | | |
|---|---|---|
| 2. | McKenna Dec., Page 1, lines 19-20 and Exhibit 1: "Attached hereto as Exhibit 1 is a true and correct copy of an email that Charlie Ill forwarded to me on September 29, 2008." | Lack of authentication. (F.R.E. 901(a); F.R.C.P. 56(e); see *Orr*, 285 F.3d at 773-774.) <br><br> Hearsay, on multiple levels, if offered to prove the truth of the matter stated. (F.R.E. 801(c), 802.) <br><br> Lacks showing that declarant has personal knowledge and is competent to testify on the matters stated. (F.R.E. 602; F.R.C.P. 56(e)(1).) <br><br> Lacks relevance. (F.R.E. 402.) |

**B.      Objections to Declaration of James P. Keenley**

| | | |
|---|---|---|
| 3. | Declaration of James P. Keenley ("Keenley Dec."), in its entirety. | Lacks showing that declarant has personal knowledge and is competent to testify on the matters stated. (F.R.E. 602; F.R.C.P. 56(e)(1).) |
| 4. | Keenley Dec., page 1, lines 19-21 and Exh. 1: "Attached hereto as Exhibit 1 is a true and correct copy of the Plan Document and Summary Plan Description of the Avaya U.S. Force Management Program in effect as of August 20, 2008. | Lack of authentication. (F.R.E. 901(a); F.R.C.P. 56(e); see *Orr*, 285 F.3d at 773-774.) <br><br> Lacks foundation as to personal knowledge of meaning and source of documents. (F.R.C.P. 56(e); F.R.E. 602.) <br><br> Hearsay, if offered to prove the truth of the matter stated. (F.R.E. 801(c), 802.) |

DATED:  February 2, 2010                               FISHER & PHILLIPS LLP

                                                       By:_____/s/_____
                                                             Jennifer K. Achtert
                                                             Attorneys for Defendant
                                                             AVAYA INC.